# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. MOFFATT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, a foreign insurance company and UNUM GROUP, a foreign Corporation (d/b/a Unum Life Insurance Company of America, Provident Life and Accident Insurance Company, and The Paul Revere Life Insurance),<br><br>    Defendants. | Case No.: 5:11-cv-02492-LHK-PSG<br><br>CMC :            09/07/2011<br>Action Filed :   05/23/2011<br><br>**(PROPOSED) ORDER GRANTING JOINT REQUEST BY PARTIES TO HAVE THEIR COUNSEL TO PARTICIPATE BY TELEPHONE AT THE SEPTEMBER 7, 2011 CASE MANAGEMENT CONFERENCE**<br><br>Date:   September 7, 2011<br>Time:   2:00 p.m.<br>Ctrm.:  4 – 5th Floor<br><br>[Lodged Concurrently With:<br>-    Joint Request.] |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

5:11-cv-02492-LHK-PSG
(PROPOSED) ORDER GRANTING JOINT REQUEST FOR AN ORDER PERMITTING COUNSEL
TO PARTICIPATE BY TELEPHONE AT THE SEPTEMBER 7, 2011 CASE MANAGEMENT CONFERENCE

# ORDER

1  
2  
3     The Court considered the joint request by Plaintiff Christopher Moffatt and  
4 Defendants Unum Life Insurance Company of America and Unum Group's  
5 (collectively, "Defendants") for an Order permitting their respective counsel to  
6 appear telephonically at the September 7, 2011, 2:00 p.m. Case Management  
7 Conference.  For good cause shown, the request is hereby granted.  
8  
9     IT IS HEREBY ORDERED THAT:  Plaintiff's and Defendants' counsel may  
10 appear telephonically at the Case Management Conference on September 7, 2011,  
11 2:00 p.m.  
12  
13     **IT IS SO ORDERED.**  
14  
15 DATED: _8/29/11

*[Signature: Lucy H. Koh]*

THE HON. LUCY H. KOH  
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP  
19800 MACARTHUR BLVD.  
EIGHTH FLOOR  
IRVINE, CA 92612  
(949) 757-2800

1      5:11-cv-02492-LHK-PSG  
(PROPOSED) ORDER GRANTING JOINT REQUEST FOR AN ORDER PERMITTING COUNSEL  
TO PARTICIPATE BY TELEPHONE AT THE SEPTEMBER 7, 2011 CASE MANAGEMENT CONFERENCE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **August 19, 2011**, I electronically filed the foregoing **(PROPOSED) ORDER GRANTING JOINT REQUEST BY PARTIES TO HAVE THEIR COUNSEL TO PARTICIPATE BY TELEPHONE AT THE SEPTEMBER 7, 2011 CASE MANAGEMENT CONFERENCE** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| Richard H. Friedman, Esq.<br>FRIEDMAN \| RUBIN<br>1126 Highland Avenue<br>Bremerton, WA 98337<br>Tel: (360) 782-4300<br>Fax: (360) 782-4383<br>rfriedman@friedmanrubin.com | Charles B. Perkins, Esq.<br>FLYNN, ROSE AND PERKINS<br>59 North Santa Cruz Ave., Ste. Q<br>Los Gatos, CA 95030<br>Tel: (408) 399-4566<br>Fax: 408-399-6683<br>cbperk@earthlink.net |
| Counsel for Plaintiff<br>Christopher D. Moffatt | Counsel for Plaintiff<br>Christopher D. Moffatt |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed at Irvine, California on **August 19, 2011**.

NAME: Gabriela Rubio             */s/ Gabriela Rubio*
                                  An Employee of BARGER & WOLEN LLP

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

2                                                5:11-cv-02492-LHK-PSG
(PROPOSED) ORDER GRANTING JOINT REQUEST FOR AN ORDER PERMITTING COUNSEL
TO PARTICIPATE BY TELEPHONE AT THE SEPTEMBER 7, 2011 CASE MANAGEMENT CONFERENCE