RECEIVED
AUG 2 2 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. MOFFATT<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA and UNUM GROUP<br><br>Defendant._____/ | CASE NO. CV11-02492<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Jeffrey K. Rubin , whose business address and telephone number is

1227 W. 9th Ave., Suite 301
Anchorage, AK   99501
(907) 258-0704

and who is an active member in good standing of the bar of  Alaska

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  Christopher D. Moffatt

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:   August 31, 2011

*[Signature: Lucy H. Koh]*
Judge Lucy H. Koh
United States District Judge