# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D. MOFFATT,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, *et al.,*<br><br>    Defendants. | Case No.: CV 11-02492 LHK-PSG<br><br>Jury Trial:     08/12/2012<br>Action Filed:  05/23/2011<br><br>(~~PROPOSED~~) ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE |

UPON CONSIDERATION of the parties' Stipulation for Dismissal with Prejudice, the Court grants said stipulation and the matter is dismissed with prejudice each side to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

DATED: December 5, 2011

*Lucy H. Koh*
THE HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE